**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

**ANTWANETTE CONAWAY,**

    **Plaintiff,**

                                        Hon. Robert L. Miller, Jr.
                                        Case No. 3:23-cv-00054

vs.                                          **JURY TRIAL DEMANDED**

**BRYSON SCHROCK, individually, and as agent**
**of, DOORDASH, INC., DOORDASH INC.,**

    **Defendants**

---

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Antwanette Conaway ("Plaintiff"), by and through her attorneys, ELIA & PONTO, PLLC, submits the following for her Complaint against Defendant Bryson Shcrock ("Shrock"), individually, and as an agent of, Defendant DoorDash, Inc. ("DoorDash").

## JURISDICTION AND VENUE

1. Subject matter jurisdiction is proper under 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and there is complete diversity of the parties because the Plaintiff and Defendants are citizens of different States.

2. Venue is proper under 28 U.S.C. § 1391(b)(2) because the events giving rise to the claims asserted occurred within the Northern District of Indiana.

ELIA & PONTO PLLC
25800 Northwestern Highway, Suite 850, Southfield, MI 48075-1066
248-595-8579 - Fax: 248-595-8729

**PARTIES**

3. Plaintiff was a resident of Nile, Michigan, County of Berrien on the date of incident.

4. Plaintiff is currently residing in Detroit, Michigan, County of Wayne.

5. Defendant Schrock is a resident of the city of Goshen, State of Indiana.

6. Defendant DoorDash Inc. is a Delaware Corporation with its principal place of business in San Francisco, California. DoorDash Inc. is a food delivery service which specializes in delivering food products in and within the Goshen, Indiana, and is does substantial business in the State of Indiana for profit.

**COUNT I—NEGLIGENCE**

7. On March 11, 2022, at about 3:30 p.m., Plaintiff was operating a trolly containing multiple passengers on the inside lane of Elkhart Road, just southeast of Westmoor Parkway. Defendant Schrock suddenly and hastily attempted to merge to the outside lane. As a result of this maneuver, his vehicle struck Plaintiff's vehicle with such force and speed that Plaintiff's vehicle was derailed off of the roadway. The momentum from the collision caused Plaintiff's vehicle to strike a utility pole. The pole collapsed and many cables came down with it.

8. Defendant Schrock's negligent handling of the vehicle was evidenced clearly by the nature of the incident. His duties included, but were not limited to, the following:

    a. A duty to exercise reasonable care in the operation of the vehicle;

    b. A duty to maintain proper control of the vehicle;

    c. A duty to maintain a proper lookout;

    d. A duty to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision;

ELIA & PONTO PLLC
25800 Northwestern Highway, Suite 850, Southfield, MI 48075-1066
248-595-8579- Fax: 248-595-8729

  e. A duty to signal his intentions to shift lanes clearly, overtly, and with enough time to accommodate other drivers.

9. On the aforementioned date, Defendant Schrock negligently breached these and other duties.

10. That as a consequence of the collision herein set forth, the Plaintiff, was tossed in and about the vehicle with great force and violence and sustained several serious and grievous injuries.

11. That as a result of the injuries sustained by the Plaintiff, she has suffered, and will continue to suffer, the following:

  a. Pain and suffering, past, present and future;
  b. Mental anguish;
  c. Embarrassment and shock;
  d. Loss of normal, social and recreational activities;
  e. Permanent injury and incapacity of disability;
  f. Loss of wage earning capacity and future wages;
  g. Aggravation of pre-existing conditions, whether known or unknown;
  e. Economic damages and incurred medical expenses.
  f. Future economic damages and incurred medical expenses

12. That as a direct and proximate result of said negligence, Plaintiff sustained a slew of serious personal injuries. These injuries caused damages in excess of $75,000.00.

**WHEREFORE**, Plaintiff prays for a judgment against Defendant Shrock and Defendant DoorDash (whose liability is further described herein) in an amount sufficient to fairly and adequately compensate her for her damages, costs of this action and for trial by jury, and for all other just and proper relief.

3

**COUNT II—RESPONDEAT SUPERIOR**

13. Plaintiff incorporates paragraphs one (1) through nine (9) of her Complaint as if set forth herein verbatim.

14. On March 11, 2022, Defendant Schrock was an agent of DoorDash Inc., operating his vehicle within the course and scope of his agency.

15. Defendants Schrock and DoorDash Inc., both had a duty to exercise reasonable care for the safety of Plaintiff.

16. Defendant DoorDash Inc. is liable based on theories of vicarious liability for the negligence and omissions of its agent, Defendant Schrock, based on *respondeat superior*.

17. As a direct result of the relationship existing between Defendant DoorDash Inc. and Defendant Schrock, Defendant DoorDash Inc. is liable for the damages suffered by Plaintiff due to Mr. Schrock's negligence.

18. Defendants were negligent because Defendant Schrock failed to operate his vehicle, on the date and time alleged herein, in accordance with I.C. 9-21-8, *et. seq.* and due to the other acts of negligence alleged, and/or which will be established at trial.

**WHEREFORE**, Plaintiff prays for a judgment against both Defendants in an amount sufficient to fairly and adequately compensate her for her damages, costs of this action and for trial by jury, and for all other just and proper relief.

ELIA & PONTO PLLC
25800 Northwestern Highway, Suite 850, Southfield, MI 48075-1066
248-595-8579- Fax: 248-595-8729

                                     Respectfully submitted,

                                     ELIA & PONTO, PLLC

                         By:    /s/ Sam E. Elia
                                   SAM E. ELIA (P76230)
                                   Attorneys for Plaintiff
                                   25800 Northwestern Hwy., Ste. 850
                                   Southfield, MI 48075

Dated: March 23rd, 2023

ELIA & PONTO PLLC
25800 Northwestern Highway, Suite 850, Southfield, MI 48075-1066
248-595-8579- Fax: 248-595-8729