**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| ANTWANETTE CONAWAY | ) |
| Plaintiff, | ) |
| v. | ) Case No: 3:23-CV-0054-MGG |
| BRYSON SCHROCK, et al | ) |
| Defendants. | ) |

## ORDER

The Parties have filed their Joint Stipulation of Dismissal, the Court now approves the Stipulation.

IT IS THEREFORE ORDERED that this matter is dismissed, with prejudice, and with each party bearing its own costs.

So ORDERED this 15th day of March 2024.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge